IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 6 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Clayton Steven Collins

_Your full name_

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

v.

Dr. Ayne Amjad
Dr. James Beane, Carla Deem
Melinda Goff, &
James Hensel III

Civil Action No.: 5:24cv105
(To be assigned by the Clerk of Court)
Bailey / Mazzone / Prince

_Enter above the full name of defendant(s) in this action_

I. **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

    A.    Your Name: Clayton Steven Collins
          Inmate No.: 3534827
          Address: 2880 North Pleasants Highway, St. Marys, WV, 26170

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

    B.    Name of Defendant: Dr. Ayne Amjad

Case 5:24-cv-00105-JPB   Document 1   Filed 06/06/24   Page 2 of 10   PageID #: 2

Attachment A

Position: Medical Director of Correctional Healthcare
Place of Employment: Division of Corrections & Rehabilitation
Address: 1409 Greenbrier St., Charleston WV 25311

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: Works for state, over top program the problem is with. Been contacted numerous times for help. No help

B.1   Name of Defendant: Dr. James Beare
Position: In charge of Medical Dept, St. Marys prison.
Place of Employment: Wexford Health Services
Address: 2880 North Pleasants Highway, St. Marys WV 26170

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He is over medical department and personal where problem is on going.

B.2   Name of Defendant: Carla Deem
Position: RN ?
Place of Employment: Wexford Health Service
Address: 2880 North Pleasants Highway, St. Marys WV 26170

United States District Court        8        Northern District of West Virginia-2013

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: On and Off gate keeper to program and supervizer

B.3  Name of Defendant: Melinda Goff

Position: Un-known

Place of Employment: Wexford Health Services

Address: 2880 North Pleasants Highway, St, Marys WV 26170

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: On and Off again gate keeper to program, sometimes superviser.

B.4  Name of Defendant: James Hensel III

Position: Un-known

Place of Employment: Division of Corrections & Rehabilitation

Address: 2880 North Pleasants Highway, St. Marys WV 26170

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He is now in charge of referal's, works for state.

Attachment A

_____
_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: St. Marys Correctional Center

A.   Is this where the events concerning your complaint took place?
☑ Yes   ☐ No

If you answered "NO," where did the events occur?
_____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

D.   If your answer is "NO," explain why not _____

_____

_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _all attached_____

LEVEL 2 _"_____"_____

LEVEL 3 _"_____"_____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

　　1. Parties to this previous lawsuit:

　　　　Plaintiff(s):_____

　　　　Defendant(s):_____

　　2. Court:_____
　　　　*(If federal court, name the district; if state court, name the county)*

　　3. Case Number:_____

　　4. Basic Claim Made/Issues Raised: _____
_____

　　5. Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☑ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   I've requested help over a dozen times, my family has called DOC Commissioners office, Wexford main office, I've talked to mental Health, used grievance process

E. Did you exhaust available administrative remedies?   ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   I followed all steps, there attached

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2. Name and location of court and docket number:

    _____
    _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____


V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Wexford employee's operating with complete deliberate indifference. Carla Deem, Melinda Goff, Dr. James Beane

Supporting Facts: Since Oct. 2023 numerous people that are much further outside perimeters than what I've been told have been aloud in. While much stricter rules have been used on me.

**Attachment A**

CLAIM 2: Routinely myself along with most others are told we have to much time to release to receive help. Dr. Ayne Amjad, Dr. James Beane, Carla Deem, Melinda Goff, James Hensel III

Supporting Facts: Since Oct. 2023 I've along with many others have asked for help, most of us are denied because of lenth of time we have till release.

CLAIM 3: Violation of "HIPAA" act.

Supporting Facts: Medical constantly release's anyone's information that is seeking help with Sublocade. Also routinely deny's use medication and treatment because we're incarcerated. Carla Deem, Melinda Goff

CLAIM 4: Denial of medical services and or treatment, process of treatment. Dr. Ayne Amjad, Dr. James Beane, Carla Deem, Melinda Goff, James Hensel III

Supporting Facts: I've put in over a dozen request for help maybe 3 times I've been called for interveiw, maybe twice I was refured to Doctor, I've never seen Doctor. I've begged for help.

CLAIM 5: Cruel and Unusual punishment
James Hensel III
Dr. Ayne Amjad, Dr. James Beane, Carla Deem, Melinda Goff

Supporting Facts: From withholding medication, I've had sleepless nights, uncontrolable bowel movements, muscle spasm's, muscle cramps, Depression, thoughts of violence, suicidal thoughts. Punished for taking meds.

VI. <u>INJURY</u>

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Un-measurable mental problems, full body muscle pains/spasm's, stomach pains/cramps, uncontrollable bowel movements, migraines,

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Get me treatment for this disease, force DOC to treat everyone who needs it. Punish the people who have hurt all of us. Reimburse me and everyone else who have lost so much over this.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at St. Marys Correctional Complex on 05-08-2024.
(Location)                                                    (Date)

_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Clayton Steven Collins
_____
Your full name

v.                                          Civil Action No.: _____

Dr. Ayne Amjad, James Hensel III
Dr. James Beane
Melinda Goff
Carla Deem
_____
Enter above the full name of defendant(s) in this action

## Certificate of Service

I, Clayton Collins _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing Civil Rights Complaint 42 USC § 1983 (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 05-03-2024 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)