Wexford Medical

WVDCR Policy Directive 335.00
27 May 2022
Attachment #2
**GENERAL DISTRIBUTION**

**WVDCR Inmate Grievance Form**

Grievance No. 23-SMCJ-752246

Inmate Name: Clayton Collins
OID #: 3534827
Date of Grievance: 9-29-23
ADA-related: ☐

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance be concise file with Unit Manager. NO WRITING ON BACK):

In a facility were people are supposed to be treated fair an impartial, Wexford has taken action to pick & choose who gets treatment and who don't based on time till release even though numerous people are suffering from a life threatening disease and qualify for treatment the disregard for HIPAA is scary

**Relief Sought** (state what you want):
Be treated like everyone else, Be placed on MAT program

Inmate's Signature: [signed Clay Colli...]

RECEIVED OCT 19 2023 West Virginia Division of Corrections & Rehabilitation

(The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

**Unit Manager Response** (attach additional sheet if needed)
Accepted ✓   Rejected ___   Reason for rejection: ___   Date: 10-03-2023

Response on Merits if accepted:
Please see attached response.

Signature: UM Bryan [signature]

RECEIVED OCT 13 2023 ST. MARYS CORRECTIONAL CENTER & JAIL SUPERINTENDENT'S OFFICE

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Superintendent CC (initial) Date: 10-11-23

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signed]   Date: 10-11-23

**Action by Superintendent:**
Accepted ✗   Rejected ___   Reason for rejection: ___   Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ✗ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified
Comments ___

Superintendent's Signature: [signed]   Date: 13 Oct 23

(Attach additional sheet if necessary)

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Commissioner CC (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signed Clay Colli...]   Date: 10-10-23

**Action by Commissioner:**
Accepted ✓   Rejected ___
Response on Merits if accepted: ✓ Affirm Superintendent and deny grievance (Affix final stamp)   ___ Other, memo attached.

Affirmed Grievance Denied Central Office Grievance Review   Date: OCT 26 2023

| Clayton Collins | 3534827 | 23-SMCCJ-75-02-246 | October 10, 2023 |
|---|---|---|---|
| Name | OID# | Grievance No. | Date |

Mr. Collins

I have reviewed your grievance. The program is currently paused however when you are closer to a potential release date. Then there are accommodations that can be made once you are eligible to be released.



RECEIVED
OCT 13 2023
ST. MARYS CORRECTIONAL CENTER & JAIL
SUPERINTENDENT'S OFFICE

Case 5:24-cv-00105-JPB   Document 1-1   Filed 06/06/24   Page 3 of 8   PageID #: 13

ONE STAPLE ONLY
WVDCR Policy Directive 335.00
27 May 2022
Attachment #2
GENERAL DISTRIBUTION

**WVDCR Inmate Grievance Form**

Grievance No. 23-SMCJ-75-6-325

Inmate Name: Clayton Collins
OID #: 3534827
Date of Grievance: 12-4-23
ADA-related: ✓

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Unit Manager. NO WRITING ON BACK):
See attached page

Relief Sought (state what you want):
Revise policy so all inmate's are treated equal, have access to health care, and those who need program can get it

Inmate's Signature: [signed]

(The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

**Unit Manager Response** (attach additional sheet if needed)

Accepted ✓    Rejected ___   Reason for rejection: ___   Date: 12-05-2023

Response on Merits if accepted: Please see attached response.

UM Signature: [signed]

*RECEIVED DEC 18 2023 ST. MARYS CORRECTIONAL CENTER & JAIL SUPERINTENDENT'S OFFICE*

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Superintendent CSC (initial) Date: 12-14-23

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signed]   Date: 12-14-23

**Action by Superintendent:**

Accepted ✓   Rejected ___   Reason for rejection: ___   Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ✓ Affirm unit and/or deny grievance   ___ Grant the Grievance as specified

Comments: ___

Superintendent's Signature: [signed]   Date: 12-18-23   (Attach additional sheet if necessary)

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Commissioner CSC (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signed]   Date: 12-21-23

**Action by Commissioner:**

Accepted ✓   Rejected ___

Response on Merits if accepted: ___ / ✓ Affirm Superintendent and deny grievance (Affix final stamp)   ___ Other, memo attached.

*Affirmed — Grievance Denied — Central Office Grievance Review — JAN 02 2024*

Date: JAN __ 2024

**Continued Inmate Grievance – Attachment Page**

Pursuant to 42 U.S.C.S. §1997e, *WV Code*, §25-1A-1, as well as, *WVDCR Policy Directive #335.00*, it is a prerequisite to perfect the exhaustion of administrative remedies in hopes to resolve the issues grieved, which upon proper review and consideration will prove to have risen to a deliberate violation of State and/or Federal Constitutions, as well as clearly defined and established principles of law. Therefore, in good faith I submit the following in an effort to correct the noted issues and violations.

Wexford medical is being allowed to operate with complete deliberate indifference in regards to the sublocade program, Even though we are protected against acts like this in the 8th Amendment. Since mid to late October at least 3 people with two (2) years or even more to parole have been started on the program. I who have less than five (5) month to parole have been told thats to much time to receive help, even though there laws that contradict that. Instead I've been forced by coercion to take another medication which is causing great discomfort and after (4) four additional sick calls has not been remedied.

**RECEIVED**
DEC 18 2023
ST. MARYS CORRECTIONAL CENTER & JAIL
SUPERINTENDENT'S OFFICE

| __Clayton Collins__ | 3534827 | 23-SMCCJ-75-06-325 | December 13, 2023 |
|---|---|---|---|
| Name | OID# | Grievance No. | Date |

Mr. Collins

I have reviewed your grievance. The program is currently paused however when you are closer to a potential release date. Then there are accommodations that can be made once you are eligible to be released.



ONE STAPLE ONLY

WVDCR Policy Directive 335.00
27 May 2022
Attachment #2
GENERAL DISTRIBUTION

**WVDCR Inmate Grievance Form**

Grievance No. 24-SMCCJ-P3-2-46

Inmate Name: Clayton Collins
OID #: 3534827
Date of Grievance: 03-19-2024
ADA-related: ☑

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Unit Manager. NO WRITING ON BACK):

I've put in over a dozen sick calls concerning help with MAT program. when or even just if I've been called to medical, which has maybe been 1/4 of the time, I've been referred to some Doctor that still have never seen. Furthermore when my loved one's called (see attachment)

Relief Sought (state what you want):
be placed on Sublocade program

Inmate's Signature: Clay Cely

(The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

********

Unit Manager Response (attach additional sheet if needed)

Accepted ✓   Rejected ___   Reason for rejection: ___   Date: 4/3/2024

Response on Merits if accepted: See attached response from SMCCJ Medical #

Signature: [signed]

********

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Superintendent CSC (initial) Date: 04-03-24

RECEIVED APR 08 2024 ST MARYS CORRECTIONAL CENTER & JAIL SUPERINTENDENT'S OFFICE

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive

Inmate's Signature ___   Date ___

********

Action by Superintendent:
Accepted ✓   Rejected ___   Reason for rejection: ___   Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action ✗ Affirm unit and/or deny grievance ___ Grant the Grievance as specified
Comments ___

Superintendent's Signature: [signed]   Date: 4-11-24

(Attach additional sheet if necessary)

********

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Commissioner CSC (initial) 04-15-24

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature ___   Date ___

RECEIVED APR 19 2024 West Virginia Division of Corrections and Rehabilitation APR 22 2024

********

Action by Commissioner:
Accepted ✓   Rejected ___   Reason for ___   Date: ___
Response on Merits if accepted: ___ Affirm S___   ___ Other, memo attached.

Affirmed
Grievance Denied
Central Office
Grievance Review

## Continued Inmate Grievance – Attachment Page

Pursuant to 42 U.S.C.S. §1997e, *WV Code*, §25-1A-1, as well as, *WVDCR Policy Directive #335.00*, it is a prerequisite to perfect the exhaustion of administrative remedies in hopes to resolve the issues grieved, which upon proper review and consideration will prove to have risen to a deliberate violation of State and/or Federal Constitutions, as well as clearly defined and established principles of law. Therefore, in good faith I submit the following in an effort to correct the noted issues and violations.

the office with Ayne Amjad, M.D. MPH in Charleston, there told that "There's a 90 day acclimation period for Sublocade medication and it's recommended that a person (inmate) take the medication for a minimum of 90 days before there release so they can be fully acclimated to it." So either representative's of Wexford or the DCR are knowingly and willfully using deliberate indifference denying me treatment that numerous other people recieve everyday (who have much longer time to estimated release) along with intentionally placing me at a greater risk of injury upon release if granted parole by denying me the recommended acclimation period.

RECEIVED APR 08 2024 ST. MARY'S CORRECTIONAL CENTER & JAIL SUPERINTENDENT'S OFFICE



March 29, 2024

R/E: Clayton Collins

OIS # 3534827

Grievance # 24-SMCCJ-83-2-46

This is in answer to the grievance received in my office March 29, 2024. You see the parole board in April 2024. At this time you do not have an approved home plan. If you can get an approved home plan before seeing the parole board, it works in your favor when you are granted parole to get started on the Subutex program. Your discharge date is not until January of 2037, so starting before discharge is sometime off and the program will more than likely change by then. So, we can wait to see if you make parole and get an approved home plan or we can start you on oral naltrexone again. You took 27 doses of the 50mg before we increased it to 100mg. Once it was increased to 100mg you did not come to pill line for 7 days, you took a dose on day eight and on day nine after the increase, then never took anymore. You did not even give the increased dosage a chance to see if it would help or not. Any more questions or concerns please submit an HSR.

Thank you,

*Carla Deem RN HSA*

Carla Deem, RN HSA

Wexford Health Sources

St Mary's Correctional Center

RECEIVED APR 08 2024 ST. MARYS CORRECTIONAL CENTER & JAIL SUPERINTENDENT'S OFFICE